JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ARZATE, | Case No. CV 15-03078-DOC (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| LOS ANGLES SHERRIF JAIL 3000 BOYS DEPT., ET AL, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: September 14, 2015

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE